UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ARMEN MANUKIAN,                                       :
                                                      :
                Plaintiff,                        :      22-CV-10724 (JLR) (OTW)
                                                      :
              -against-                          :      **ORDER**
                                                      :
PRITCHARD INDUSTRIES, INC. and NEW YORK               :
CITY,                                                 :
                                                      :
                Defendants.                       :
                                                      :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of *pro se* Plaintiff's supplemental filing, ECF 14, which contains unredacted sensitive personal information. The Clerk of Court is respectfully directed to provisionally seal ECF 14 so that it is visible to the Court and parties only.

**SO ORDERED.**

Dated: September 22, 2023                                            /s/ Ona T. Wang
       New York, New York                                       **Ona T. Wang**
                                                              United States Magistrate Judge