UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARMEN MANUKIAN,<br><br>       Plaintiff,<br><br>   -against-<br><br>PRITCHARD INDUSTRIES, INC. and NEW YORK CITY,<br><br>       Defendants. | Case No. 1:22-cv-10724 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

  Defendants shall file a petition to confirm the arbitration award, including a memorandum of law and any supporting affidavits and exhibits, such as the arbitration agreement and the arbitration award, by **August 28, 2025**. Defendants shall serve the petition on Plaintiff and file proof of service on the docket. Plaintiff's opposition shall be due by **September 4, 2025**, and Defendants shall file a reply, if any, by **September 11, 2025**.

Dated: August 15, 2025
     New York, New York

                    SO ORDERED.

                    _____
                    JENNIFER L. ROCHON
                    United States District Judge